## James C. Murphy et al. *v.* Invest Financial Corporation et al.
### (14055)

Dupont, C. J., and Foti and Lavery, Js.
Submitted on briefs June 2—decision released July 4, 1995

*James S. Brewer* filed a brief for the appellant (plaintiff).

*Marylou Fabbo* and *Felix J. Springer* filed a brief for the appellee (defendant).

Per Curiam. The judgment is affirmed.

## William T. Beazley Company *v.* Business Park Associates, Inc.
### (14137)

Dupont, C. J., and Foti and Lavery, Js.
Submitted on briefs June 2—decision released July 4, 1995

*John S. Bennet* filed a brief for the appellant (defendant).

*Narcy Z. Dubicki* filed a brief for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.